

# TIFFANY & BOSCO
### P.A.

**Dated: October 14, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____

**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08756/0159399054

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-bk-05169-JMM |
| Lizandro Galaviz and Angela Rae Galaviz<br>        Debtors. | Chapter 13 |
| _____ | O R D E R |
| Wells Fargo Bank, N.A.<br>        Movant, | (Related to Docket # 18) |
|        vs. | |
| Lizandro Galaviz and Angela Rae Galaviz, Debtors;<br>Russell A. Brown, Trustee. | |
|        Respondents. | |
| _____ | |

    This matter having come before the Court for a Preliminary Hearing on October 7, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Robert M. Cook, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 22, 2007, and recorded on February 28,

2007 in Fee# 2007-07821, in the office of the Yuma County Recorder at  wherein Wells Fargo Bank, N.A. is the current beneficiary and Lizandro Galaviz and Angela Rae Galaviz have an interest in, further described as:

Lot 27, of SIERRA SANDS, according to the plat of record in the office of the County Recorder of Yuma County, Arizona, recorded in Book 15 of Plats, pages 82 and 83.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective November 6, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT